427 A.2d 256

Butler, Appellant v. Cannon et al., v. Cannon, M.D.

Argued November 14, 1979. Ronald C. Makoski, submitted a brief on behalf of appellant; Mark R. Hamilton, for Cannon, appellee. W. Arch Irvin, Jr., for Westmoreland, appellee. Jonathan Vipond, III, submitted a brief on behalf of Court Administrator of Pennsylvania, participating party.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.